UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>SHANNON L. STEWART, and<br>MICHAEL P. DUSCHKA,<br><br>         Defendants. | Case No.  1:12-cr-00196-BLW<br><br>**ORDER** |

The Court, after having reviewed the Government's Application for Protective Order (DKT. 45), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Application for Protective Order (Dkt. 45) is **GRANTED**.

IT IS FURTHER ORDERED that counsel for defendant Michael Duschka is prohibited from providing or disseminating discovery/Jencks Act materials, or copies thereof, to any person other than his client, employees, investigators, or agents.

IT IS FURTHER ORDERED that counsel for defendant Michael Duschka, counsel's employees, investigators, or agents may show defendant Duschka discovery/Jencks Act materials but counsel and his employees, investigators, or agents are prohibited from

ORDER - 1

leaving copies of such discovery/Jencks Act material with defendant Duschka or providing such material to any other persons.

IT IS FURTHER ORDERED that counsel for defendant Duschka may ask the Court to revisit this Order if he feels that it is impeding his ability to adequately represent his client.

DATED: February 25, 2013

B. Lynn Winmill
Chief Judge
United States District Court